IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | MJ 17-68-BLG-TJC |
|---|---|
| Plaintiff, | **ORDER GRANTING UNOPPOSED MOTION TO RESET TIME OF PRELIMINARY HEARING** |
| vs. | |
| CANDELARIO MOLINA-MOLINA, *aka* Cesar Fuentes Ruiz, | |
| Defendant. | |

Before the Court is Defendant's Unopposed Motion to Reset the Time of the Preliminary Hearing. (Doc. 6) The hearing is currently scheduled to take place at 9:30 a.m. on December 14, 2017. Good cause appearing, IT IS ORDERED that time of the Preliminary Hearing shall be reset to **2:00 p.m.** on December 14, 2017.

DATED this 13th day of December, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge