IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CANDELARIO MOLINA-MOLINA,<br>*aka* Cesar Fuentes Ruiz,<br><br>Defendant. | MJ 17-68-BLG-TJC<br><br>**ORDER VACATING<br>PRELIMINARY HEARING** |

Based upon Defendant's Unopposed Motion to Vacate the Preliminary Hearing (Doc. 8), IT IS HEREBY ORDERED that the Preliminary Hearing scheduled for December 14, 2017 at 2:00 p.m. is VACATED.

DATED this 14th day of December, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge